**Marcus Antoine WILSON,**
**Plaintiff–Appellant,**

v.

**FNU KALINSKI, Doctor, Alexander Correctional Institution; Nurse Wolf, Nurse, Mountain View Correctional Institution; Sergeant Cox, Mountview Correctional Institution; Johnson, Correctional Officer, Alexander Correctional Institution; FNU Hall, Correctional Officer, Mountain Correctional Institution, Defendants–Appellees.**

**No. 14–6730.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 21, 2014.

Decided: Aug. 26, 2014.

Marcus Antoine Wilson, Appellant Pro Se.

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Antoine Wilson appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint and denying his Fed.R.Civ.P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wilson v. Kalinski*, No. 1:14–cv–00005–FDW, 2014 WL 546692 (W.D.N.C. Feb. 10, 2014; Mar. 18, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*